**COUGHLIN DUFFY, LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-1917
(973) 267-0058
*Attorneys for Defendants*
*Bayer Corporation and*
*Bayer Healthcare LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON BATY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION and BAYER HEALTHCARE, LLC<br><br>Defendants. | Civil Action No.: 08-5346(FSH)<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD** |

**THIS MATTER** having been brought before the Court by Defendants Bayer Corporation and Bayer Healthcare, LLC., by and through its attorneys, Coughlin Duffy, LLP, and with the consent of plaintiff, Shannon Baty, and an agreement having been reached between the parties regarding the form and entry of the Consent Order, and for good and sufficient cause,

**IT IS ON THIS** _10th_ day of _December_, 2008;

**ORDERED** that the time within which Defendants, Bayer Corporation and Bayer Healthcare, LLC. must answer or otherwise move with respect to the Complaint be and hereby is extended up to and including January 15, 2008; it is further

169900_1

**ORDERED** that a signed copy of this Order be served on all parties within 7 days of the date hereof.

_____
HONORABLE FAITH S. HOCHBERG, U.S.D.J.
Patty Shwartz, USMJ

We hereby consent to the form and entry of the within order.

| **WARD & OLIVO** | **COUGHLIN DUFFY, LLP** |
| --- | --- |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: _____ | By: _____ |
| John F. Ward, Esq. | Lorna A. Dotro, Esq. |
| Dated: 12/9/08 | Dated: December 9, 2008 |

169900_1